IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD L. GILL,

   Petitioner,

    v.

WARDEN J. A. KELLER,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-3552-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as barred by 28 U. S. C. § 2255(e). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of December, 2011.

                     /s/Thomas W. Thrash
                     THOMAS W. THRASH, JR.
                     United States District Judge